# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL ACTION NO. 3:22CR-105-CRS** |
| **LA'QUEL MCCRARY** | **DEFENDANT** |

## PRETRIAL ORDER

This case was called on September 12, 2022, via video conference for arraignment and detention hearing. The defendant appeared from Oldham County Detention Center. Assistant Federal Defender Pat Bouldin, on behalf of Angela Rea, appointed counsel, appeared on behalf of the defendant. Assistant United States Attorney Joel King appeared on behalf of the United States. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendant, through counsel, acknowledged his identity, was furnished with a copy of the Indictment and advised of the nature of the charges contained therein. Through counsel, formality of arraignment was waived. The defendant entered a plea of **NOT GUILTY** to the charges contained therein.

This matter is scheduled for trial by jury on **November 14, 2022, at 9:30 a.m**. before the Honorable Charles R. Simpson III, Senior United States District Judge**.**

Counsel shall, prior to the commencement of trial, furnish to the Court Reporter a list of pre-marked exhibits to be introduced during the trial. The United States shall retain custody of and be responsible for any weapons, firearms, ammunition, alleged drugs, chemicals, and drug paraphernalia admitted as evidence during the trial. The United States shall also retain such custody during post-trial proceedings and appeal, if any.

Please note that depositions (in whole or in part) or other transcripts (of recorded conversations, chat text, other proceedings) read into the record are not reported by the Court Reporter unless directed to do so by the Court. Further, any recording or videotape utilized at a

court proceeding is not reported by the Court Reporter. Counsel are responsible for filing in the record or as an exhibit such items for appeal purposes.

**All pretrial motions shall be filed thirty (30) days prior to trial, with responses due fifteen (15) days thereafter.**

**No later than thirty (30) days prior to trial, counsel shall file a concise pretrial memorandum containing the following:**

<u>By the United States</u>:

1. The statute(s) involved and elements of the offense(s), with authorities.

2. A statement of anticipated facts to be proven.

3. A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

4. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

<u>By the Defendant(s)</u>:

1. A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

2. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

**No later than thirty (30) days prior to trial, counsel shall file:**

1. Proposed substantive and special jury instructions with citations to authorities. It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

2. Proposed voir dire questions.

The Court heard arguments of counsel as to the matter of detention and for the reasons stated on the record,

**IT IS FURTHER ORDERED** that the defendant is remanded to custody of United States Marshals Service pursuant to Order of Detention Pending Trial to be entered into the record herein.

September 15, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

:30